FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| MITCHELL BRYANT; and TONIE BRYANT,<br><br>          Plaintiffs,<br><br>          v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>          Defendant. | No.  4:23-CV-05084-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is Parties' Stipulated Motion to Dismiss, ECF No. 10. Plaintiffs are represented by Tyler Roberts. Defendant is represented by Daniel Syhre and Ryan Hesselgesser. The motion was heard without oral argument.

On June 7, 2023, Defendant removed the case to the United States District Court for the Eastern District of Washington based on diversity jurisdiction, 28 U.S.C. § 1332(a)(1). Plaintiffs' Complaint alleged claims against Defendant, including (1) Breach of Contract, (2) Breach of Good Faith Duty, (3) Breach of Fiduciary Duty, (4) Breach of Consumer Protection Act, (5) Violation of Insurance Fair Conduct Act, (6) Negligence, and (7) Estoppel. ECF No. 1. The cause of action involved water damage to Plaintiffs' home and repair work.

Due to a settlement agreement, the Parties have requested the Court dismiss the case. The Court grants the motion.

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Dismiss, ECF No. 10, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice** and without fees or costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 3rd day of October 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2